IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ROBERT GENE MONK, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 323-035 |
| | ) |
| LAURENS COUNTY DETENTION | ) |
| CENTER; SHERIFF LARRY DEAN; and | ) |
| CAPTAIN DONELLE PEACOCK, | ) |
| | ) |
| Defendants. | ) |

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this ___15___ day of August, 2023, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE